Below is an order of the court.

_____
PETER C. McKITTRICK
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  
**Stacey Gale Goode**

Case No. __18-33330-pcm13__

CONFIRMATION HEARING DATE: __02/22/19__

**ORDER CONFIRMING PLAN AND RESOLVING MOTIONS**

Debtor(s)

The debtor's plan having been provided to creditors and the Court having found that it complies with 11 USC § 1325, now, therefore IT IS ORDERED:

1. Debtor's plan (Docket # __23__) is confirmed, and all relief requested in the plan is granted. All references to the plan are to the plan as modified by any amendment shown in ¶ 4 below.

2. Pursuant to 11 USC §522(f)(1), the following liens are avoided [listed alphabetically, and only one per line, including each creditor's name, service address, and lien type (e.g., judicial lien or non-purchase money security interest)]:

**None**

3. Per the filed *Application for Compensation* (LBF 1305) and, if applicable, the *Fees and Expenses Itemization Through* _____ (LBF 1306), compensation to debtor's counsel of attorney fees of $ __2000.00__ and expenses of $ __0.00__, of which $ __20.00__ has been paid, leaving $ __1980.00__ to be paid as funds become available per plan ¶ 4(c).

4. Debtor has moved to amend the plan by interlineation as follows, which amendments are allowed and become part of the confirmed plan:

**None**

5. The terms of this order are subject to any objection filed within 21 days by [listed alphabetically, and only one per line, including each creditor's name, service address]:

**Capital One Auto Finance**
**Attn: Richard Fairbanks, CEO/President**
**3901 Dallas Parkway**
**Plano, TX 75093**

Additional Provisions, if any:

###

I certify that on __02/25/19__ I provided this Order to the Trustee for submission to the court.

_____
Debtor or Debtor's Attorney

Approved: _____
Trustee